UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division
www.flmb.uscourts.gov

In re:

FIDDLER'S CREEK, LLC

Case No. 9:10-bk-03846
Chapter 11

_____/

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Fiddler's Creek, LLC (the "Debtor") in the above captioned action, certifies that the following is a (are) corporations(s), other than the Debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s) equity interests, or states that there are no entities to report under FRBP 7007.1:

**GBFC II Two, LLC – Member of Fiddler's Creek, LLC**

**GBFC II, L.P. – Manager and member of Fiddler's Creek, LLC**

**GBFC II, LLC – Sole general partner of GBFC II, L.P.**

**Gulf Bay 100, Ltd. – Sole member of GBFC II, LLC and limited partner of GBFC II, LP**

**Gulf Bay 100, Inc. – Sole general partner of Gulf Bay 100, Ltd.**

Dated: February 23, 2010.

Respectfully Submitted,

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Debtors-in-Possession
4400 Bank of America Tower
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:  /s/   Paul J. Battista
     Paul J. Battista, Esq.
     Florida Bar No. 884162
     pbattista@gjb-law.com