

## THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
Ft. Myers _____ Division

In Re:

Fiddler's Creek, LLC. _____

Chapter: ____11____

Case No: _____10-_____

_____

_____

_____

_____

Debtor(s).

_____/

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, Anthony DiNardo, Authorized Officer , declares under penalty of perjury that:

1.   I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2.   The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3.   I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_Anthony Di Nardo_

Signature of Debtor
or other claimant

_____

Signature of Joint Debtor

Verified Document(s):

Full Descriptive Title
Voluntary Chapter 11 Petition
Top 30 Unsecured Creditors (Consolidated)
Top 20 Deposit Holders (Consolidated)

_____

_____

Date Executed
February //, 2010

_____

_____

_____