# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
### www.flmb.uscourts.gov

**In re:**

**FIDDLER'S CREEK, LLC**  Case No.: 9:10-bk-03846-ALP
  Chapter 11
 Debtor,
_____/

**In re:**

**951 LAND HOLDINGS, LLC**  Case No.: 9:10-bk-03852-ALP
  Chapter 11
 Debtor,
_____/

**In re:**

**951 LAND HOLDINGS, LTD.**  Case No.: 9:10-bk-03911-ALP
  Chapter 11
 Debtor,
_____/

**In re:**

**DY ASSOCIATES, LLC**  Case No.: 9:10-bk-03856-ALP
  Chapter 11
 Debtor,
_____/

**In re:**

**DY LAND ASSOCIATES, LTD.**  Case No.: 9:10-bk-03918-ALP
  Chapter 11
 Debtor,
_____/

**In re:**

**FC BEACH, LLC**  Case No.: 9:10-bk-03873-ALP
  Chapter 11
 Debtor,
_____/

**In re:**

**FC BEACH, LTD.**                                               **Case No.: 9:10-bk-03934-ALP**
                                                                          **Chapter 11**

      **Debtor,**
_____/

**In re:**

**FC GOLF, LLC**                                                   **Case No.: 9:10-bk-03875-ALP**
                                                                            **Chapter 11**

      **Debtor,**
_____/

**In re:**

**FC GOLF, LTD.**                                                 **Case No.: 9:10-bk-03937-ALP**
                                                                        **Chapter 11**

      **Debtor,**
_____/

**In re:**

**FC HOTEL, LLC**                                             **Case No.: 9:10-bk-03888-ALP**
                                                                      **Chapter 11**

      **Debtor,**
_____/

**In re:**

**FC HOTEL, LTD.**                                           **Case No.: 9:10-bk-03938-ALP**
                                                                      **Chapter 11**

      **Debtor,**
_____/

**In re:**

**FC MARINA, LLC**                                       **Case No.: 9:10-bk-03872-ALP**
                                                                    **Chapter 11**

      **Debtor,**
_____/

**In re:**

**FC RESORT, LLC**                                      **Case No.: 9:10-bk-03896-ALP**
                                                                 **Chapter 11**

      **Debtor,**
_____/

**In re:**

**FC RESORT, LTD.**                                  Case No.: 9:10-bk-03947-ALP
                                                     **Chapter 11**
    **Debtor,**
_____/

**In re:**

**FIDDLER'S CREEK MANAGEMENT, INC.**                 Case No.: 9:10-bk-03954-ALP
                                                     **Chapter 11**
    **Debtor,**
_____/

**In re:**

**GBFC DEVELOPMENT, LLC**                            Case No.:  9:10-bk-03864-ALP
                                                     **Chapter 11**
    **Debtor,**
_____/

**In re:**

**GBFC DEVELOPMENT, LTD.**                           Case No.: 9:10-bk-03920-ALP
                                                     **Chapter 11**
    **Debtor,**
_____/

**In re:**

**GBFC MARINA, LTD.**                                Case No.: 9:10-bk-03928-ALP
                                                     **Chapter 11**
    **Debtor,**
_____/

**In re:**

**GULF BAY HOSPITALITY COMPANY, LLC**                Case No.:  9:10-bk-03898-ALP
                                                     **Chapter 11**
    **Debtor,**
_____/

**In re:**

**GULF BAY HOSPITALITY, LTD.**                       Case No.: 9:10-bk-03949-ALP
                                                     **Chapter 11**
    **Debtor,**
_____/

**In re:**

**GULF BAY HOTEL COMPANY, LLC**                 **Case No.: 9:10-bk-03905-ALP**
                                                **Chapter 11**
      Debtor,
_____/

**In re:**

**GULF BAY HOTEL COMPANY, LTD.**                **Case No.: 9:10-bk-03950-ALP**
                                                **Chapter 11**
      Debtor,
_____/

**In re:**

**DY LAND HOLDINGS II, LLC**                    **Case No.: 9:10-bk-03878-ALP**
                                                **Chapter 11**
      Debtor,
_____/

**In re:**

**FC COMMERCIAL, LLC**                          **Case No.: 9:10-bk-03886-ALP**
                                                **Chapter 11**
      Debtor,
_____/

**In re:**

**FC PARCEL 73, LLC**                           **Case No.: 9:10-bk-03881-ALP**
                                                **Chapter 11**
      Debtor,
_____/

**In re:**

**GBP DEVELOPMENT, LLC**                        **Case No.: 9:10-bk-03908-ALP**
                                                **Chapter 11**
      Debtor,
_____/

**In re:**

**GB PENINSULA, LTD.**                          **Case No.: 9:10-bk-03909-ALP**
                                                **Chapter 11**
      Debtor,
_____/

**In re:**

**GBP DEVELOPMENT, LTD.**               Case No.: 9:10-bk-03952-ALP
                                        **Chapter 11**
     **Debtor,**

_____/

### *EMERGENCY* MOTION BY CHAPTER 11 DEBTORS FOR JOINT ADMINISTRATION OF CASES

FIDDLER'S CREEK, LLC, 951 LAND HOLDINGS, LLC, 951 LAND HOLDINGS, LTD., DY ASSOCIATES, LLC, DY LAND ASSOCIATES, LTD., FC BEACH, LLC, FC BEACH, LTD., FC GOLF, LLC, FC GOLF, LTD., FC HOTEL, LLC, FC HOTEL, LTD., FC MARINA, LLC, FC RESORT, LLC, FC RESORT, LTD., FIDDLER'S CREEK MANAGEMENT, INC., GBFC DEVELOPMENT, LLC, GBFC DEVELOPMENT, LTD., GBFC II, L.P., GBFC MARINA, LTD., GULF BAY HOSPITALITY COMPANY, LLC, GULF BAY HOSPITALITY, LTD., GULF BAY HOTEL COMPANY, LLC, GULF BAY HOTEL COMPANY, LTD., DY LAND HOLDINGS II, LLC, FC COMMERCIAL, LLC, FC PARCEL 73, LLC, GBP DEVELOPMENT, LLC, GB PENINSULA, LTD., AND GB DEVELOPMENT, LTD., (collectively, the "Debtors"), by and through counsel, and pursuant to Bankruptcy Rule 1015, hereby file this *Emergency* Motion By Chapter 11 Debtors For Joint Administration Of Cases (the "Motion"). In support of this Motion, the Debtors rely upon the *Declaration of Anthony DiNardo in Support of First Day Pleadings* (the "First Day Declaration"). In further support of this Motion, the Debtors respectfully represent as follows:

### BACKGROUND

**A.     The Chapter 11 Filing**

1.     On February 23, 2010 (the "Petition Date"), the Debtors each filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the

5

"Bankruptcy Code"). Since that time, the Debtors have operated as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. As of the date hereof, no creditors' committee has been appointed in this case. In addition, no trustee or examiner has been appointed.

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

**B.** **Background and Business Operations**

5. Each of the Debtors in these Chapter 11 cases owns, operates and/or is otherwise affiliated with the premier, fully integrated, master planned residential community known as "Fiddler's Creek" in southwestern Florida. Fiddler's Creek is located in Collier County, Florida, approximately 12 miles southeast of the City of Naples and six miles north of Marco Island. The Fiddler's Creek development is comprised of nearly 4,000 zoned acres of prime land in Naples, Florida, and is planned for and capable of accommodating up to 6,000 residences upon projected build-out, which is estimated to be in 2020. Fiddler's Creek has been approved and vested by the State of Florida as a Development of Regional Impact.

6. The property underlying Fiddler's Creek was accumulated by the Debtors from 1993 through 1996. In 1998, Fiddler's Creek developed, constructed and sold its first home. Since then, Fiddler's Creek has constructed and sold in excess of 1,650 homes in the development. As a result, Fiddler's Creek is home to over 4,300 full and part time residents.

7. Fiddler's Creek contains five distinctive neighborhoods known as: Fiddler's Creek, Veneta, Aviamar, Marsh Cove and Meadow Run. Within each of these neighborhoods are several unique villages of varying housing products offering a wide range of price points. In

total, there are 1,782 fully constructed and existing homes, including single family homes, coach homes and carriage homes in different communities within Fiddler's Creek. In addition, there is completed infrastructure for an additional platted 840 units of both single family home sites and multifamily units within a variety of villages.

8. In addition, there is over 33 acres of prime commercial property that is "infrastructure ready," with approximately 23 acres situated along State Road 951 (Collier Blvd.) and approximately 9 acres situated along US 41 (Tamiami Trail). The total commercial square footage for build-out is approximately 300,000 square feet.

9. In addition to the above saleable inventory of homes and developed lots, Fiddler's Creek contains approximately 2,100 acres of undeveloped land fully entitled for approximately 3,329 additional residential units and amenities. This includes approximately 1,300 acres of the undeveloped land approved for future amenity development, including two golf courses, clubhouses, expanded tennis facilities, lakes, preserves and more. Less than one-third of Fiddler's Creek will be developed for residential use, while the remainder of the land is dedicated primarily to nature preserves, lakes, parks, golf courses and recreational areas.

10. Still further, Fiddler's Creek contains substantial and fully completed operating amenities which are enjoyed by the homeowners, including: The Club & Spa at Fiddler's Creek, which is a 54,000 square-foot resort style clubhouse with state-of- the-art fitness facility, lighted tennis courts, full menu spa services, resort style multi-pool swimming complex, casual and formal dining venues and a meeting and activity center.

11. Additionally, homeowners have the opportunity to join The Golf Club at Fiddler's Creek, with its first private course, named "The Creek Course," designed by the acclaimed golf course architect, Arthur Hills. The Creek Course has been nationally recognized by Golf Week

magazine as one of the Top 100 Best Residential Golf Courses for each of years 2005 through 2009. Fiddler's Creek has also been recognized by Travel & Leisure magazine as one of America's Top 100 Golf Communities for two consecutive years. The second course, The Preserve Course, is currently being designed by the award winning team of Hurdzan/Frye.

12.     Fiddler's Creek homeowners also have the option to join The Tarpon Club, which offers members beach privileges, dinning, spa services (as well as other resort amenities) at Marco Beach Ocean Resort, located on nearby Marco Island. In addition, the Tarpon Club has a dry boat storage facility that is designed to accommodate up to 150 boats ranging in size up to 35 feet, and is currently finalizing permit rights for 52 wet slips which will accommodate larger boats.

13.     For further information on the Debtors' capital structure, business and operations, the Debtors refer to the First Day Declaration filed contemporaneously herewith.

## **RELIEF REQUESTED**

14.     Each of the Debtors directly or indirectly shares one or more parent or subsidiary entities with each of the other Debtors. As such, the Debtors are "affiliates" as that term is defined in Section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b).

15.     Each of the Debtors is in the same line of business. The Debtors have interrelated debt, management, contractual arrangements and operations.

16.     Given the affiliation of the Debtors and, more significantly, the common interests of the Debtors with respect to the reorganization of the Debtors' estates, joint administration of these Chapter 11 cases before Judge Paskay under the first filed case *In re: Fiddler's Creek, LLC* (the "Lead Case") shall, among other things: (i) preserve judicial resources and consistency of

rulings that may impact on the Debtors and creditors of the estates; and (iii) avoid duplicity of pleadings, motions and other court papers filed during the proceedings.'

17. Moreover, joint administration of the Debtors' Chapter 11 cases will protect both the Debtors and creditors against any conflict of interest between the estates.

18. For these reasons, the Debtors respectfully request that the Bankruptcy Court enter an order pursuant to Bankruptcy Rule 1015 for joint administration of these cases before Judge Paskay under the Lead Case.

19. A proposed order granting the relief requested is attached hereto.

**WHEREFORE,** the Chapter 11 Debtors, FIDDLER'S CREEK, LLC, 951 LAND HOLDINGS, LLC, 951 LAND HOLDINGS, LTD., DY ASSOCIATES, LLC, DY LAND ASSOCIATES, LTD., FC BEACH, LLC, FC BEACH, LTD., FC GOLF, LLC, FC GOLF, LTD., FC HOTEL, LLC, FC HOTEL, LTD., FC MARINA, LLC, FC RESORT, LLC, FC RESORT, LTD., FIDDLER'S CREEK MANAGEMENT, INC., GBFC DEVELOPMENT, LLC, GBFC DEVELOPMENT, LTD., GBFC II, LLC., GBFC MARINA, LTD., GULF BAY HOSPITALITY COMPANY, LLC, GULF BAY HOSPITALITY, LTD., GULF BAY HOTEL COMPANY, LLC, GULF BAY HOTEL COMPANY, LTD., DY LAND HOLDINGS II, LLC, FC COMMERCIAL, LLC, FC PARCEL 73, LLC, GBFC II TWO, LLC, GBP DEVELOPMENT, LLC, GB PENINSULA, LTD., AND GB DEVELOPMENT, LTD., respectfully request that the Court enter an Order (i) directing the joint administration of the Debtors' estates under the Lead Case in accordance with Fed. R. Bankr. P. 1015(b) and (iii) granting such other and further relief as the Court deems appropriate.

**Dated: February 24, 2010.**

>Respectfully Submitted,
>
>**GENOVESE JOBLOVE & BATTISTA, P.A.**
>*Proposed Attorneys for Debtors-in-Possession*
>100 Southeast Second Street, Suite 4400
>Miami, Florida 33131
>Telephone: (305) 349-2300
>Facsimile : (305) 349-2310
>
>By:   /s/    Heather L. Harmon
>     Paul J. Battista, Esq.
>     Florida Bar No. 884162
>     pbattista@gjb-law.com
>     Mariaelena Gayo-Guitian, Esq.
>     Fla. Bar No. 0813818
>     mguitian@gjb-law.com
>     Heather L. Harmon, Esq.
>     Florida Bar No. 013192
>     hharmon@gjb-law.com
>     Michael L. Schuster
>     Florida Bar No. 57119
>     mschuster@gjb-law.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

**In re:**

**FIDDLER'S CREEK, LLC**  Case No.: 9:10-bk-03846-ALP
  Chapter 11
 Debtor,
_____/
**In re:**

**951 LAND HOLDINGS, LLC**  Case No.: 9:10-bk-03852-ALP
  Chapter 11
 Debtor,
_____/
**In re:**

**951 LAND HOLDINGS, LTD.**  Case No.: 9:10-bk-03911-ALP
  Chapter 11
 Debtor,
_____/
**In re:**

**DY ASSOCIATES, LLC**  Case No.: 9:10-bk-03856-ALP
  Chapter 11
 Debtor,
_____/
**In re:**

**DY LAND ASSOCIATES, LTD.**  Case No.: 9:10-bk-03918-ALP
  Chapter 11
 Debtor,
_____/
**In re:**

**FC BEACH, LLC**  Case No.: 9:10-bk-03873-ALP
  Chapter 11
 Debtor,
_____/

**In re:**

**FC BEACH, LTD.**  **Case No.: 9:10-bk-03934-ALP**
**Chapter 11**
  **Debtor,**
_____/

**In re:**

**FC GOLF, LLC**  **Case No.: 9:10-bk-03875-ALP**
**Chapter 11**
  **Debtor,**
_____/

**In re:**

**FC GOLF, LTD.**  **Case No.: 9:10-bk-03937-ALP**
**Chapter 11**
  **Debtor,**
_____/

**In re:**

**FC HOTEL, LLC**  **Case No.: 9:10-bk-03888-ALP**
**Chapter 11**
  **Debtor,**
_____/

**In re:**

**FC HOTEL, LTD.**  **Case No.: 9:10-bk-03938-ALP**
**Chapter 11**
  **Debtor,**
_____/

**In re:**

**FC MARINA, LLC**  **Case No.: 9:10-bk-03872-ALP**
**Chapter 11**
  **Debtor,**
_____/

**In re:**

**FC RESORT, LLC**  **Case No.: 9:10-bk-03896-ALP**
**Chapter 11**
  **Debtor,**
_____/

**In re:**

**FC RESORT, LTD.**                                Case No.: 9:10-bk-03947-ALP
                                                    Chapter 11
      Debtor,
_____/

**In re:**

**FIDDLER'S CREEK MANAGEMENT, INC.**              Case No.: 9:10-bk-03954-ALP
                                                    Chapter 11
      Debtor,
_____/

**In re:**

**GBFC DEVELOPMENT, LLC**                          Case No.: 9:10-bk-03864-ALP
                                                    Chapter 11
      Debtor,
_____/

**In re:**

**GBFC DEVELOPMENT, LTD.**                         Case No.: 9:10-bk-03920-ALP
                                                    Chapter 11
      Debtor,
_____/

**In re:**

**GBFC MARINA, LTD.**                              Case No.: 9:10-bk-03928-ALP
                                                    Chapter 11
      Debtor,
_____/

**In re:**

**GULF BAY HOSPITALITY COMPANY, LLC**             Case No.: 9:10-bk-03898-ALP
                                                    Chapter 11
      Debtor,
_____/

**In re:**

**GULF BAY HOSPITALITY, LTD.**                     Case No.: 9:10-bk-03949-ALP
                                                    Chapter 11
      Debtor,
_____/

**In re:**

**GULF BAY HOTEL COMPANY, LLC**         **Case No.: 9:10-bk-03905-ALP**
                                        **Chapter 11**
  Debtor,
_____/

**In re:**

**GULF BAY HOTEL COMPANY, LTD.**        **Case No.: 9:10-bk-03950-ALP**
                                        **Chapter 11**
  Debtor,
_____/

**In re:**

**DY LAND HOLDINGS II, LLC**            **Case No.: 9:10-bk-03878-ALP**
                                        **Chapter 11**
  Debtor,
_____/

**In re:**

**FC COMMERCIAL, LLC**                  **Case No.: 9:10-bk-03886-ALP**
                                        **Chapter 11**
  Debtor,
_____/

**In re:**

**FC PARCEL 73, LLC**                   **Case No.: 9:10-bk-03881-ALP**
                                        **Chapter 11**
  Debtor,
_____/

**In re:**

**GBP DEVELOPMENT, LLC**                **Case No.: 9:10-bk-03908-ALP**
                                        **Chapter 11**
  Debtor,
_____/

**In re:**

**GB PENINSULA, LTD.**                  **Case No.: 9:10-bk-03909-ALP**
                                        **Chapter 11**
  Debtor,
_____/

**In re:**

**GBP DEVELOPMENT, LTD.**   Case No.: 9:10-bk-03952-ALP
                            **Chapter 11**
    **Debtor,**
_____/

**[PROPOSED]**
**ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES**

**THIS MATTER** came before the Court without the necessity of a hearing upon the *Ex-Parte* Motion By Chapter 11 Debtors For Joint Administration Of Chapter 11 Cases (the "Motion") filed by the Chapter 11 Debtors, FIDDLER'S CREEK, LLC, 951 LAND HOLDINGS, LLC, 951 LAND HOLDINGS, LTD., DY ASSOCIATES, LLC, DY LAND ASSOCIATES, LTD., FC BEACH, LLC, FC BEACH, LTD., FC GOLF, LLC, FC GOLF, LTD., FC HOTEL, LLC, FC HOTEL, LTD., FC MARINA, LLC, FC RESORT, LLC, FC RESORT, LTD., FIDDLER'S CREEK MANAGEMENT, INC., GBFC DEVELOPMENT, LLC, GBFC DEVELOPMENT, LTD., GBFC MARINA, LTD.,GULF BAY HOSPITALITY COMPANY, LLC, GULF BAY HOSPITALITY, LTD., GULF BAY HOTEL COMPANY, LLC, GULF BAY HOTEL COMPANY, LTD., DY LAND HOLDINGS II, LLC, FC COMMERCIAL, LLC, FC PARCEL 73, LLC, GBP DEVELOPMENT, LLC, GB PENINSULA, LTD., AND GB DEVELOPMENT, LTD. (collectively, the "Debtors" or "Debtors-In-Possession") filed pursuant to Bankruptcy Rule 1015. The cases identified in the caption of this Order are pending in this Court by the Debtors-In-Possession. It appears that these cases should be jointly administered as authorized under Bankruptcy Rule 1015. Accordingly, it is:

    **ORDERED,** as follows:

    1.    These Debtors' Chapter 11 cases shall be jointly administered with ***In re: Fiddler's Creek, LLC,*** designed as the "Lead Case".

5

2. A single case docket and court file will be maintained hereafter under the "Lead Case" number.

3. Pleadings filed other than in the Lead Case shall be captioned under the lead case name and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case.

4. The Debtors-In-Possession or trustee, if any, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

5. In the event of appointment of a trustee, any trustee resigning as case trustee in conjunction with this Order, shall file a final report and final account of the administration of the estate with the Court and with the Untied States Trustee as required by 11 U.S.C. §704(a).

**DONE** and **ORDERED** in Chambers at Fort Myers, Florida, on _____.

_____
United States Bankruptcy Judge

Copy to: Paul J. Battista, Esq.
(Attorney Battista is directed to serve a conformed copy of this Order on all parties in interest)