## EXHIBITS LOG

Case No. 10-03846   Adversary No. _____

Debtor: Fiddler's Creek   Date of Hearing: 4/14/10

Plaintiff/Debtor: Debtor   Defendant/Claimant: _____

| For Id. | In Evid. | Pltf./**Debtor** Number | Def./Claimant Number | Description |
|---|---|---|---|---|
| | | 1 | | Consolidated Overview Chart |
| | | 2 | | Consolidated 6 Week Plan |