UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 11

| | |
|---|---|
| FIDDLER'S CREEK, LLC | Case No. 9:10-bk-03846-ALP |
| 951 LAND HOLDINGS, LLC | Case No. 9:10-bk-03852-ALP |
| DY ASSOCIATES, LLC | Case No. 9:10-bk-03856-ALP |
| GBFC DEVELOPMENT, LLC | Case No. 9:10-bk-03864-ALP |
| FC MARINA, LLC | Case No. 9:10-bk-03872-ALP |
| FC BEACH, LLC | Case No. 9:10-bk-03873-ALP |
| FC GOLF, LLC | Case No. 9:10-bk-03875-ALP |
| DY LAND HOLDINGS II, LLC | Case No. 9:10-bk-03878-ALP |
| FC PARCEL 73, LLC | Case No. 9:10-bk-03881-ALP |
| FC COMMERCIAL, LLC | Case No. 9:10-bk-03886-ALP |
| FC HOTEL, LLC | Case No. 9:10-bk-03888-ALP |
| FC RESORT, LLC | Case No. 9:10-bk-03896-ALP |
| GULF BAY HOSPITALITY COMPANY, LLC | Case No. 9:10-bk-03898-ALP |
| GULF BAY HOTEL COMPANY, LLC | Case No. 9:10-bk-03905-ALP |
| GBP DEVELOPMENT, LLC | Case No. 9:10-bk-03908-ALP |
| GB PENINSULA, LTD. | Case No. 9:10-bk-03909-ALP |
| 951 LAND HOLDINGS, LTD. | Case No. 9:10-bk-03911-ALP |
| DY LAND ASSOCIATES, LTD. | Case No. 9:10-bk-03918-ALP |
| GBFC DEVELOPMENT, LTD. | Case No. 9:10-bk-03920-ALP |
| GBFC MARINA, LTD. | Case No. 9:10-bk-03928-ALP |
| FC BEACH, LTD. | Case No. 9:10-bk-03934-ALP |
| FC GOLF, LTD. | Case No. 9:10-bk-03937-ALP |
| FC HOTEL, LTD. | Case No. 9:10-bk-03938-ALP |
| FC RESORT, LTD. | Case No. 9:10-bk-03947-ALP |
| GULF BAY HOSPITALITY, LTD. | Case No. 9:10-bk-03949-ALP |
| GULF BAY HOTEL COMPANY, LTD. | Case No. 9:10-bk-03950-ALP |
| GBP DEVELOPMENT, LTD. | Case No. 9:10-bk-03952-ALP |
| FIDDLER'S CREEK MANAGEMENT, INC., | Case No. 9:10-bk-03954-ALP |

      Debtors.                                  **(Jointly Administered under
                                                Case No. 9:10-bk-03846-ALP)**
_____/

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF
CHRISTOPHER TIERNEY AND HAYS FINANCIAL CONSULTING, LCC
AS FINANCIAL ADVISORS AND ACCOUNTANTS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
*NUNC PRO TUNC* TO APRIL 22, 2010**

Pursuant to 11 U.S.C. §§ 328 and 1103 and Rule 2014 of the Federal Rules of Bankruptcy ("FRBP"), the Official Committee of Unsecured Creditors (the "Committee") of (i) Fiddler's Creek, LLC; (ii) 951 Land Holdings, LLC; (iii) 951 Land Holdings, Ltd.; (iv) DY Associates, LLC; (v) DY Land Associates, Ltd.; (vi) FC Beach, LLC; (vii) FC Beach, Ltd.; (viii) FC Golf, LLC; (ix) FC Golf, Ltd.; (x) FC Hotel, LLC; (xi) FC Hotel, Ltd.; (xii) FC Marina, LLC; (xiii) FC Resort, LLC; (xiv) FC Resort, Ltd.; (xv) Fiddler's Creek Management, Inc.; (xvi) GBFC Development, LLC; (xvii) GBFC Development, Ltd.; (xviii) GBFC Marina, Ltd.; (xix) Gulf Bay Hospitality Company, LLC; (xx) Gulf Bay Hospitality, Ltd.; (xxi) Gulf Bay Hotel Company, LLC; (xxii) Gulf Bay Hotel Company, Ltd.; (xxiii) DY Land Holdings II, LLC; (xxiv) FC Commercial, LLC; (xxv) FC Parcel 73, LLC; (xxvi) GB Peninsula, Ltd., (xxvii) GBP Development, Ltd. and (xxviii) GBP Development, LLC (collectively, the "Debtors"), applies for approval of the employment of Christopher Tierney ("Tierney") and Hays Financial Consulting, LLC ("HFC") as financial advisor and accountant to the Committee, and states:

1. On February 23, 2010 (the "Petition Date"), the Debtors each filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.

2. On March 9, 2010, the Homeowners Committee was appointed by the Office of the United States Trustee [D.E. # 72]. Pursuant to 11 U.S.C. § 1102(b)(1), on April 12, 2010 the United States Trustee designated the Homeowners Committee into the Committee [D.E. #132].

4. At a duly convened meeting of the Committee on April 23, 2010, notice of which was given to all Committee members and at which all the Committee members participated, the Committee voted to retain Tierney and HFC to advise and represent the Committee in these bankruptcy cases, as more fully set forth herein.

5. Tierney and HFC have substantial experience in reorganization cases and are qualified to act as financial advisors and accountants for the Committee.

6. To the best of the Committee's knowledge, HFC does not hold or represent any interest adverse to the Debtors or their estates on any matters in which HFC is to be engaged.

7. To the best of the Committee's knowledge, HFC is "disinterested" (as such term is defined in 11 U.S.C. § 101(14)) and has no connection with the Debtors, the creditors or any other party in interest except as described in the *Declaration of Christopher Tierney on Behalf of Hays Financial Consulting, LLC as Proposed Financial Advisors and Accountants for the Official Committee of Unsecured Creditors* annexed hereto as Exhibit "A."

8. The Committee proposes to retain HFC to, among other things, consult with the Committee concerning the administration of these cases, to investigate the acts, conduct, assets, liabilities, and financial condition of the Debtors, participate in the negotiations in respect of the formulation of a plan of reorganization for the Debtors, and any other matters permitted or authorized pursuant to section 1103 of the Bankruptcy Code.

9. The Committee proposes that compensation be awarded to HFC after the filing of interim and/or final application(s) and a hearing consistent with the requirements of 11 U.S.C. §§ 328, 330 and 331, Bankruptcy Rules 2002, 2016 and Local Rule 2016-1.

**WHEREFORE**, the Committee respectfully requests the Court to enter an order approving the employment of Tierney and HFC as financial advisors and accountants for the Committee in this case *nunc pro tunc* to April 22, 2010.

Dated: ~~April~~ May 7, 2010.

The Official Committee of Unsecured Creditors of (i) Fiddler's Creek, LLC; (ii) 951 Land Holdings, LLC; (iii) 951 Land Holdings, Ltd.; (iv) DY Associates, LLC; (v) DY Land Associates, Ltd.; (vi) FC Beach, LLC; (vii) FC Beach, Ltd.; (viii) FC Golf, LLC; (ix) FC Golf, Ltd.; (x) FC Hotel, LLC; (xi) FC Hotel, Ltd.; (xii) FC Marina, LLC; (xiii) FC Resort, LLC; (xiv) FC Resort, Ltd.; (xv) Fiddler's Creek Management, Inc.; (xvi) GBFC Development, LLC; (xvii) GBFC Development, Ltd.; (xviii) GBFC Marina, Ltd.; (xix) Golf Bay Hospitality Company, LLC; (xx) Gulf Bay Hospitality, Ltd.; (xxi) Gulf Bay Hotel Company, LLC; (xxii) Gulf Bay Hotel Company, Ltd.; (xxiii) DY Land Holdings II, LLC; (xxiv) FC Commercial, LLC; (xxv) FC Parcel 73, LLC; (xxvi) GB Peninsula, Ltd., (xxvii) GBP Development, Ltd. and (xxviii) GBP Development, LLC.

By: Phillip Brougham, Chairperson of the Unsecured Creditors Committee

By: _/s/ Phillip Brougham_
Phillip Brougham, Chairperson of the Unsecured Creditors Committee

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via U.S. Regular Mail, postage prepaid, facsimile, electronic mail and/or overnight delivery, as indicated, to those listed on the attached Service List on the 7th day of May, 2010.

        BERGER SINGERMAN, P.A.
        Proposed Counsel to the Committee
        200 South Biscayne Boulevard, Suite 1000
        Miami, Florida 33131
        Telephone: (305) 755-9500
        Facsimile: (305) 714-4340

        By: */s/ Paul Steven Singerman*
            Paul Steven Singerman
            Florida Bar No. 826316
            singerman@bergersingerman.com
            Jordi Guso
            jguso@bergersingerman.com
            Florida Bar No. 0863580

# MASTER SERVICE LIST
## FIDDLER'S CREEK, LLC., *et al.*
### Case No. 9:10-bk-03846

**SERVED VIA CM/ECF and/or Electronic Mail**

Genovese Joblove & Battista
Attn: Paul J. Battista, Esq.
100 SE 2nd Street
44th Floor
Miami, FL 33131

LOUIS X. AMATO, P.A.
P. O. Box 1242
Frostproof, Florida 33843
louisa@louamato.com

Carla Barrow, Esq.
200 East Broward Blvd. St. 1900
Suite 1900
Fort Lauderdale, FL 33301
cbaroow@wsh-law.com

Douglas M. Gonzalez, Esq.
200 East Broward Blvd. St. 1900
Sutie 1900
Fort Lauderdale, FL 33301
dgonzalez@wsh-law.com

Jules S. Cohen, Esq.
Akerman Senterfitt
POB 231
420 S. Orange Ave.
Suite 1200
Orlando, FL 32802-0231
jules.cohen@akerman.com

Edmund Whitson, Esq.
Akerman Senterfitt
SunTrust Financial Center
401 E. Jackson St.
Suite 1700
Tampa, FL 33602-5250
Edmund.whitson@akerman.com

ALBERTO F. GOMEZ, JR.
119 South Dakota Avenue
Tampa, Florida 33606
E-mail: agomez@morsegomez.com

Laura Fortney Gross, Esq.
Gunster, Yoakley& Stewart, P.A.
777 South Flagler Drive, Suite 500E
West Palm Beach, FL 33401
Email: lgross@gunster.com

IBERIABANK
c/o Mark D. Hildreth, Esquire
Shumaker, Loop & Kendrick, LLP
PO Box 49948
Sarasota, FL 34230-6948

John B. Hutton, Esq.
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, FL 33131
huttonj@gtlaw.com

Warren S. Bloom, Esq.
Amy E. Lowen, Esq.
GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801
bloomw@gtlaw.com
lowena@gtlaw.com

Diane L. Jensen, Esq.
Pavese Law Firm
Post Office Drawer 1507
Ft. Myers, FL 33902

Florida Financial Investments, Inc.
c/o Donald Kirk, Esq.
501 E. Kennedy Boulevard
Suite 1700
Tampa, Florida 33602

2701713-1

# MASTER SERVICE LIST
# FIDDLER'S CREEK, LLC., *et al.*
## Case No. 9:10-bk-03846

David M. Landis, Esq.
Mateer & Harbert, P.A. &
Jon E. Kane, Esq.
225 E. Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Email: dlandis@mateerharbert.com
Email jkane@mateerharbert.com

Hywel Leonard
CARLTON FIELDS, P. A.
4221 West Boy Scout Boulevard, Suite 1000
Post Office Box 3239
Tampa, Florida 33601-3239
E-mail: hleonard@carltonfields.com

Gulf Bay Capital, Inc.
c/o Stephen R. Leslie, Esq.
110 East Madison Street
Suite 200
Tampa, Florida 33602-4700

Regions Bank
Raymond Miller, Esq.
Gunster Yoakley
2 South Biscayne Boulevard, Suite 3400
Miami, FL 33131-1897

Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee, Region 21
501 E. Polk Street, Suite 1200
Tampa, Florida 33602
steven.wilkes@usdoj.gov

Patricia A. Redmond, Esq.
Jane Houk, Esq.
Stearns Weaver Miller
150 West Flagler Street, Suite 2200
Miami, Florida 33130

Robert A. Soreano
E-mail: soriano@gtlaw.com
Greenberg Traurig, P.A.
625 East Twiggs Street, Suite 100
Tampa, Florida 33602

Mark David Bloom
E-mail: bloomm@gtlaw.com
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131

Aaron P. Honaker
E-mail: honakera@gtlaw.com
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131

Jeffrey Gilbert
E-mail: gilbergj@gtlaw.com
Greenberg Traurig, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301

Key National Bank Association
Michael P. Shuster, Esq. and
Jeffrey S. Kannensohn, Esq.
9132 Strada Place, 3rd Floor
Naples, Florida 34108-2683
mshuster@porterwright.com
jkannensohn@porterwright.com

K&L GATES LLP
WILLIAM J. SIMONITSCH, Esq.
Wachovia Financial Center, 39th Floor
200 South Biscayne Boulevard
Miami, Florida 33131

Glenn S. Vician, Esq.
8605 Broadway
Merrillville, Indiana 46410
Glennsvician2@bbbvonline.com

2701713-1

**MASTER SERVICE LIST**
**FIDDLER'S CREEK, LLC.,** *et al.*
*Case No. 9:10-bk-03846*

Andrew L. Much (Georgia Bar No. 527875)
E-mail: amuch@textronfinancial.com
Textron Financial Corporation
11575 Great Oaks Way, Suite 210
Alpharetta, GA 30022

Phillip Brougham
pbrougham@earthlink.net

Al Love
alove41@comcast.net

Dave Yates
dyates3@comcast.net

Sandy Carinci
smcarinci@yahoo.com

Torben Christensen
flyfan@aol.com

Raymond David
rdavid1@comcast.net

Glenn Vician
glennvician@gmail.com

Randy Long
randy@evansoil.net

2701713-1

**SERVED VIA FIRST-CLASS U.S. MAIL**

FIDDLER'S CREEK, LLC, *et al*
Attn: Tony DiNardo
8156 Fiddler's Creek Pkwy
Naples, FL 34114

Regions Bank
Attn: Gloria Sloop
1900 5th Ave N, 12th Fl
Birmingham, AL 35203

Regions Bank
4851 N Tamiami Trail
Naples, FL 34103

Tomen America, Inc.
Stuart A. Krause, Esq.
Zeichner Ellman & Krause
575 Lexington Ave
New York, NY 10022

Tomen America, Inc.
805 Third Avenue
New York, NY 10022

IberiaBank
2150 Goodlette Rd.
Naples, FL 34102

Fifth Third Bank
c/o Brian Giles, Esq.
Statman, Harris & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202

Fifth Third Bank
999 Vanderbuilt Beach Rd
Naples, FL 34108

Mellon United, N.A.
Commercial Loan Division
1111 Brickell Ave, 30th Floor
Miami, FL 33131

Florida Financial Investments, Inc.
8156 Fiddler's Creek Pkwy
Naples, FL 34114

Aon Risk Services Inc Of NY
Po Box 7247-7376
Philadelphia, PA
19170-7376

Ash City USA
PMB 816 60 Industrial Pkwy
Buffalo, NY 14227

Cashin Spinelli & Ferretti, LLC
Attn: Wayne D. Lambert, Esq.
304A Main Street
Farmington, CT 06032

Bellagio Village Association
5067 Tamiami Trail East
Naples, FL 34113

Carriage Limousine LLC
678 Bald Eagle Dr Ste #4
Marco Island, FL 34115

Century Link
Po Box 96064
Charlotte, NC 28296-0064

Cranberry Crossing
5067 Tamiami Trail East
Naples, FL 34114

2701713-1

# MASTER SERVICE LIST
# FIDDLER'S CREEK, LLC., *et al.*
## Case No. 9:10-bk-03846

Evans Oil Company
3170 S Horseshoe Dr
Po Box 856
Naples, FL 34106

FBS Property Tax Abatement LLC
200 S Biscayne Boulevard
Suite 2300
Miami, FL 33131

Grand Western Brands Inc.
Po Box 21046
Ft Lauderdale, FL 33335-1046

Guymann Construction Of FL
305 Sw 3rd St
Cape Coral, FL 33991-1961

Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611

John Deere Landscapes
Po Box 23994
Tampa, FL 33623-3994

Lee County Port Authority
11000 Term. Access Rd
#8671
Ft Myers, FL 33913-8899

Sysco West Coast FL
Po Box 1839
Palmetto, FL 34220

Tampa Bay Trane
902 N Himes
Tampa, FL 33609

Textron Business Services Inc
Dept At 40219
Atlanta, GA 31192-0219

The Advocacy Group At
Tew Cardenas LLC
215 South Monroe St Ste 702
Tallahassee, FL 32301

Titleist/ Acushnet Company
Po Box 532402
Charlotte, NC 28290-2402

United Capital Funding Corp.
Po Box 31246
Tampa, FL 33631-3246

Collier County Tax Collector
2800 N. Horseshoe Drive
Naples, FL 34104

The City of Naples
City Attorney
735 Eighth Street South, 2nd Floor
Naples, FL 34102

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures – Insolvency
7850 SW 6th Court
Plantation, FL 33324

Special Asst. U.S. Attorney
2110 First Street, Suite 3-137
Ft Myers, FL 33901

The Honorable Eric H. Holden, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC 20530-0001

2701713-1

**MASTER SERVICE LIST**
**FIDDLER'S CREEK, LLC.,** *et al.*
*Case No. 9:10-bk-03846*

State of Florida
Department of Revenue
c/o Frederick F. Rudzik
PO Box 6668
Tallahassee, FL 32314


Securities and Exchange Commission
Branch of Reorganization
3475 Lenox Road, N.E., #1000
Atlanta, GA 30326-1232

Diane L. Jensen, Esq.
Pavese Law Firm
Post Office Drawer 1507
Ft. Myers, FL 33902

2701713-1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| In re: | Chapter 11 |
|---|---|
| FIDDLER'S CREEK, LLC | Case No. 9:10-bk-03846-ALP |
| 951 LAND HOLDINGS, LLC | Case No. 9:10-bk-03852-ALP |
| DY ASSOCIATES, LLC | Case No. 9:10-bk-03856-ALP |
| GBFC DEVELOPMENT, LLC | Case No. 9:10-bk-03864-ALP |
| FC MARINA, LLC | Case No. 9:10-bk-03872-ALP |
| FC BEACH, LLC | Case No. 9:10-bk-03873-ALP |
| FC GOLF, LLC | Case No. 9:10-bk-03875-ALP |
| DY LAND HOLDINGS II, LLC | Case No. 9:10-bk-03878-ALP |
| FC PARCEL 73, LLC | Case No. 9:10-bk-03881-ALP |
| FC COMMERCIAL, LLC | Case No. 9:10-bk-03886-ALP |
| FC HOTEL, LLC | Case No. 9:10-bk-03888-ALP |
| FC RESORT, LLC | Case No. 9:10-bk-03896-ALP |
| GULF BAY HOSPITALITY COMPANY, LLC | Case No. 9:10-bk-03898-ALP |
| GULF BAY HOTEL COMPANY, LLC | Case No. 9:10-bk-03905-ALP |
| GBP DEVELOPMENT, LLC | Case No. 9:10-bk-03908-ALP |
| GB PENINSULA, LTD. | Case No. 9:10-bk-03909-ALP |
| 951 LAND HOLDINGS, LTD. | Case No. 9:10-bk-03911-ALP |
| DY LAND ASSOCIATES, LTD. | Case No. 9:10-bk-03918-ALP |
| GBFC DEVELOPMENT, LTD. | Case No. 9:10-bk-03920-ALP |
| GBFC MARINA, LTD. | Case No. 9:10-bk-03928-ALP |
| FC BEACH, LTD. | Case No. 9:10-bk-03934-ALP |
| FC GOLF, LTD. | Case No. 9:10-bk-03937-ALP |
| FC HOTEL, LTD. | Case No. 9:10-bk-03938-ALP |
| FC RESORT, LTD. | Case No. 9:10-bk-03947-ALP |
| GULF BAY HOSPITALITY, LTD. | Case No. 9:10-bk-03949-ALP |
| GULF BAY HOTEL COMPANY, LTD. | Case No. 9:10-bk-03950-ALP |
| GBP DEVELOPMENT, LTD. | Case No. 9:10-bk-03952-ALP |
| FIDDLER'S CREEK MANAGEMENT, INC., | Case No. 9:10-bk-03954-ALP |
| Debtors. | **(Jointly Administered under Case No. 9:10-bk-03846-ALP)** |

_____/

# UNSWORN DECLARATION OF CHRISTOPHER TIERNEY, ON BEHALF OF HAYS FINANCIAL CONSULTING, LLC, AS PROPOSED FINANCIAL ADVISOR AND ACCOUNTANT FOR THE OFFICIAL <u>COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO APRIL 22, 2010</u>

Christopher Tierney, under penalty of perjury, represents as follows:

2693334-3

EXHIBIT "A"

1. I am a Managing Director of Hays Financial Consulting, LLC ("HFC"). Our firm maintains offices at 3343 Peachtree Road, NE, Suite 200, Atlanta, GA 30326. I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of the *Application for Approval of Employment of Christopher Tierney and Hays Financial Consulting, LLC as Financial Advisor and Accountant for the Official Committee of Unsecured Creditors Nunc Pro Tunc to April 22, 2010* (the "Application") in the above-captioned Chapter 11 cases.

2. I make this Declaration based in material part upon my review of the list of significant creditors of the following Debtors, (i) Fiddler's Creek, LLC; (ii) 951 Land Holdings, LLC; (iii) 951 Land Holdings, Ltd.; (iv) DY Associates, LLC; (v) DY Land Associates, Ltd.; (vi) FC Beach, LLC; (vii) FC Beach, Ltd.; (viii) FC Golf, LLC; (ix) FC Golf, Ltd.; (x) FC Hotel, LLC; (xi) FC Hotel, Ltd.; (xii) FC Marina, LLC; (xiii) FC Resort, LLC; (xiv) FC Resort, Ltd.; (xv) Fiddler's Creek Management, Inc.; (xvi) GBFC Development, LLC; (xvii) GBFC Development, Ltd.; (xviii) GBFC Marina, Ltd.; (xix) Gulf Bay Hospitality Company, LLC; (xx) Gulf Bay Hospitality, Ltd.; (xxi) Gulf Bay Hotel Company, LLC; (xxii) Gulf Bay Hotel Company, Ltd.; (xxiii) DY Land Holdings II, LLC; (xxiv) FC Commercial, LLC; (xxv) FC Parcel 73, LLC; (xxvi) GB Peninsula, Ltd., (xxvii) GBP Development, Ltd. and (xxviii) GBP Development, LLC (collectively, the "Debtors") from the Court's website. I compared the information obtained thereby with the information contained in our firm's client and conflict check system. The facts stated in this Declaration as to the relationship between HFC and the Debtors, the Debtors' creditors, the United States Trustee, other persons employed by the Office of the United States Trustee, and those persons and entities who are defined as disinterested persons in Section 101(14) of the Bankruptcy Code, are based on the results of my review of our firm's conflict check system. Specifically, I have caused to be conducted (i) a computer search

of our firm's records in respect of all of the names referred to in the first sentence of this paragraph, and (ii) disseminated a written request for information to the Directors and Managing Directors in our firm regarding connections to the Debtors and the Debtors' creditors. Based upon this search and inquiry, our firm does not represent any entity in a matter that would constitute a conflict of interest or impair the disinterestedness of HFC. Because HFC has been in existence since 2001 and does not maintain computerized records of all cases during those years, it is impossible to state with certainty whether the firm has ever represented any existing creditor of the Debtors.

3. HFC's client and conflicts check system is comprised of records regularly maintained in the course of business of the firm and it is the regular practice of the firm to make and maintain these records. It reflects entries that are noted in the system at the time the information becomes known by persons whose regular duties include recording and maintaining this information. I regularly use and rely upon the information contained in the system in the performance of my duties.

4. A search of my firm's conflict check system revealed the following matters, none of which in my view impairs my or our firm's disinterestedness or constitutes any conflict of interest:

a. *Regions Bank* is listed as a creditor of one or more of the Debtors. HFC is currently representing, and has represented, clients who are adverse to *Regions Bank* in that they have incurred a debt to *Regions Bank* in matters wholly unrelated to these bankruptcy cases;

b. HFC represents, and has represented, thousands of individuals in wholly unrelated matters who may have an interest in these cases. It is impossible for our firm to confirm with certainty that any of these individuals are individuals listed as creditors of one or more of the Debtors or individuals who may have an interest in these cases;

c. There are numerous creditors listed by the Debtors in the creditor matrices filed with the Court that have been creditors of, or adverse to, entities represented by HFC in cases and matters wholly unrelated to the instant bankruptcy cases. These creditors include: *Acushnet/Titleist*;

d. HFC represents, from time to time, privately held as well as public companies in out of court and restructuring matters (the "Non-Debtor Clients"). Several creditors of the instant Debtors may be creditors of the Non-Debtor Clients. HFC's representation of the Non-Debtor Clients does not impair HFC's disinterestedness or its ability to represent the Committee in these cases.

5. In addition to the foregoing, HFC may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest in the Debtors' Chapter 11 cases. As part of its customary practice, HFC is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in these

Chapter 11 cases. Such representation does not impair HFC's disinterestedness in performing services for the Committee.

6.Also, to the best of my knowledge, information and belief, HFC does not have anything but a professional relationship with the U.S. Trustee and any person employed in the offices of the U.S. Trustee. S. Gregory Hays serves on the Georgia Chapter 7 panel of trustees established by the U.S. Trustee.

7. All of the foregoing disclosures are provided to the Court in an abundance of caution, and are of the nature and quality that would be required in the context of the "disinterestedness" standard under 11 U.S.C. Section 327(a). HFC respectfully submits that in respect of the disclosures contained herein, all of the foregoing evidence that HFC does not hold or represent an interest adverse to the Debtors or its estate with respect to the specific matters upon which HFC is to be employed, and is a "disinterested person" within the scope and meaning of Section 101(14) of the Bankruptcy Code.

8. To the best of my knowledge, except as may be set forth above, HFC:

    a. is not a creditor, equity security holder or insider of the Debtors;

    b. is not as was not an investment banker for any outstanding security of the Debtors;

    c. has not been within three years of the filing of the petition, an investment banker for a security of the Debtors;

    d. is not and was not, within two years before the Petition Date a director, officer or employee of the Debtors or an investment banker of the Debtors; and

    e. does not have any interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders by reason of a direct or indirect relationship to, connection with or interest in the Debtors, or for any other reason.

5

2693334-3

9. There is no agreement of any nature, other than between employees and shareholders of HFC, as to the sharing of any compensation to be paid to the firm. No promises have been received by HFC or any member, or associate thereof, as to compensation in connection with these cases, other than in accordance with the provisions of the Bankruptcy Code.

10. Neither I nor any principal of or professional employed by HFC, insofar as I have been able to ascertain, holds or represents any interest adverse to the creditors of the Debtors' estates.

11. No employee in our firm holds a direct equity interest in the Debtors, including stock or stock warrants, or has a right to acquire such an interest, but employees in our firm may own interests in mutual or other funds that own equity interests in the Debtors.

12. No employee in our firm is or has served as an officer, director or employee of the Debtors within two years before the Petition Date.

13. No employee in our firm is in control of the Debtors or is a relative of a general partner, director, officer or person in control of the Debtors.

14. No employee in our firm is a general or limited partner of a partnership in which the Debtors is also general or limited partners.

15. No employee in our firm is or has served as an officer, director or employee of a financial advisor that has been engaged by the Debtors in connection with the offer, sale or issuance of a security of the Debtors, within two years before the Petition Date.

16. No employee in our firm has any other interest, direct or indirect, that may be affected by the proposed representation.

2693334-3

6

17. The Debtors have numerous relationships and creditors. As of this date, the Debtors have not yet filed their schedules and statement of financial affairs. Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any conflicts, including the efforts outlined above, HFC is unable to state with certainty whether one of its clients or an affiliated entity may hold a claim or otherwise be a party in interest to these Chapter 11 cases. If, at any time during the period of its proposed employment, HFC discovers any facts bearing on the matters described herein, HFC will supplement the information contained in this Declaration.

18. Subject to the Court's approval, HFC will charge for its services on an hourly basis in accordance with its ordinary and customary hourly rates, in effect from time to time. HFC will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of financial advisory and accounting services described above by category and nature of the services rendered.

19. In accordance with Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, HFC hereby discloses that it has not received any payment for services to be rendered by HFC in connection with these bankruptcy cases.

20. The professional fees and costs incurred by HFC in the course of its representation as financial advisor and accountant to the Committee in these cases shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327 and 330, and F.R.B.P. 2014 and 2016.

21. The current hourly rate of Christopher Tierney, the Managing Director who will be principally responsible for HFC's representation of the Committee is $400.00 per hour. The current hourly rates for the professionals at HFC range from $100.00 to $400.00. The current

21. The current hourly rate of Christopher Tierney, the Managing Director who will be principally responsible for HFC's representation of the Committee is $400.00 per hour. The current hourly rates for the professionals at HFC range from $100.00 to $400.00. The current hourly rates for administrative assistants at HFC ranges from $50.00 to $100.00. HFC has agreed to cap its hourly blended rate at $300.00 per hour for the length of this engagement. Each month HFC will calculate the actual blended rate and will adjust its invoice to charge the lesser of the actual rate or the capped rate, whichever is lowerest.

22. Except as set forth herein, neither I nor any employee of HFC, insofar as I have been able to ascertain, has any connection with the Debtors, the Debtors' creditors, any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, on any matters in which the firm is to be engaged, except that I, HFC, and its employees (a) may have appeared in the past, and may appear in the future, in other cases in which one or more of said parties may be involved; (b) may represent or may have represented certain of the Debtors' creditors in matters unrelated to these cases.

23. HFC agrees to represent the Committee as its financial advisor and accountant in connection with the services as set forth herein and in the Application.

24. This concludes my declaration.

### 28 U.S.C § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2010.

_____
Christopher Tierney

2693334-3