**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **FIDDLER'S CREEK, LLC** | **Case No. 9:10-bk-03846-ALP** |
| 951 LAND HOLDINGS, LLC | Case No. 9:10-bk-03852-ALP |
| DY ASSOCIATES, LLC | Case No. 9:10-bk-03856-ALP |
| GBFC DEVELOPMENT, LLC | Case No. 9:10-bk-03864-ALP |
| FC MARINA, LLC | Case No. 9:10-bk-03872-ALP |
| FC BEACH, LLC | Case No. 9:10-bk-03873-ALP |
| FC GOLF, LLC | Case No. 9:10-bk-03875-ALP |
| DY LAND HOLDINGS II, LLC | Case No. 9:10-bk-03878-ALP |
| FC PARCEL 73, LLC | Case No. 9:10-bk-03881-ALP |
| FC COMMERCIAL, LLC | Case No. 9:10-bk-03888-ALP |
| FC HOTEL, LLC | Case No. 9:10-bk-03886-ALP |
| FC RESORT, LLC | Case No. 9:10-bk-03896-ALP |
| GULF BAY HOSPITALITY COMPANY, LLC | Case No. 9:10-bk-03898-ALP |
| GULF BAY HOTEL COMPANY, LLC | Case No. 9:10-bk-03905-ALP |
| GBP DEVELOPMENT, LLC | Case No. 9:10-bk-03908-ALP |
| GB PENINSULA, LTD. | Case No. 9:10-bk-03909-ALP |
| 951 LAND HOLDINGS, LTD. | Case No. 9:10-bk-03911-ALP |
| DY LAND ASSOCIATES, LTD. | Case No. 9:10-bk-03918-ALP |
| GBFC DEVELOPMENT, LTD. | Case No. 9:10-bk-03920-ALP |
| GBFC MARINA, LTD. | Case No. 9:10-bk-03928-ALP |
| FC BEACH, LTD. | Case No. 9:10-bk-03934-ALP |
| FC GOLF, LTD. | Case No. 9:10-bk-03937-ALP |
| FC HOTEL, LTD. | Case No. 9:10-bk-03938-ALP |
| FC RESORT, LTD. | Case No. 9:10-bk-03947-ALP |
| GULF BAY HOSPITALITY, LTD. | Case No. 9:10-bk-03949-ALP |
| GULF BAY HOTEL COMPANY, LTD. | Case No. 9:10-bk-03950-ALP |
| GBP DEVELOPMENT, LTD. | Case No. 9:10-bk-03952-ALP |
| FIDDLER'S CREEK MANAGEMENT, INC. | Case No. 9:10-bk-03954-ALP |
| | **(Jointly Administered under** |
| Debtors. | **Case No. 9:10-bk-03846-ALP)** |
| _____/ | |

**ORDER DENYING MOTION OF COLONNADE NAPLES LAND, LLC TO TERMINATE THE DEBTORS' EXCLUSIVE PERIODS TO FILE A PLAN AND DISCLOSURE STATEMENT AND SOLICIT ACCEPTANCE THEREOF**

   **THIS CASE** came before this Court on **December 16, 2010 at 3:00 p.m** on the Motion

Of Colonnade Naples Land, LLC To Terminate The Debtors' Exclusive Periods to File a Plan

and Disclosure Statement and Solicit Acceptance Thereof (the "Motion")(D.E. 484), the Response filed by the Debtors In Opposition to the Motion (the "Response")(D.E. 549), Joinder of U.S. Bank National Association, As Trustee of Certain Special Assessment Revenue Bonds to Motion [D.E. 550]; Joinder of Unsecured Creditor, Glenn Vician to Motion (D.E. 551), Joinder of U.S. Bank National Association, As Indenture Trustee, to Motion (D.E. 552), and Joinder by The Official Committee of Unsecured Creditors' to Motion (collectively the "Joinders"). The Court having reviewed the Motion, the Joinders, and Debtors' Response, having heard arguments of counsel, and for the reasons stated orally and recorded in open Court on December 16, 2010, it is:

**ORDERED** that the Motion and Joinder Motions are DENIED without prejudice.

**DONE and ORDERED** in Tampa, Florida on January 03, 2011 _____.

K. RODNEY MAY
United States Bankruptcy Judge

Copies to Paul J. Battista, Esq.
(The Debtor is directed to serve a conformed copy of this Order to all parties on each creditor matrix from each of the Debtors cases)