B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT
# Middle District of Florida

In re  Fiddler's Creek, LLC                         Case No. 8:10-bk-3846

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Fiddler's Land Investor LLC | Colonnade Naples Land, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Mount Kellett Management, L.P.
Attention: Andrew Axelrod
623 Fifth Avenue, Floor 18
New York, NY 10022
Phone:  (212) 588-6100
Last Four Digits of Acct #:

Court Claim # (if known): 115
Amount of Claim as Filed: $52,641,442.04
Amount of Claim Transferred: $32,959,168.90
Date Claim Filed: 6/29/2010

Phone:  (212) 632-6904
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**FIDDLER'S LAND INVESTOR LLC,**
a Delaware limited liability company

By: Mount Kellett Master Fund I, L.P.,
    as managing member

By: Mount Kellett Capital Partners GP LLC, its general partner

By: _____
    Name: Jonathan Fiorello
    Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §~ 152 & 3571.

{01665500;2}

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Colonnade Naples Land, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Fiddler's Land Investor LLC ("Purchaser") 62.61069% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Fiddler's Creek, LLC (the "Debtor"), the debtor in Case No. 8:10-bk-3846 pending in the United States Bankruptcy Court for the Middle District of Florida. (the "Bankruptcy Court"), and the related **Proof of Claim (No. 115)** filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of May 2011.

Colonnade Naples Land, LLC

By: _____
Name: Christopher Glinski
Title: Authorized Signatory


Fiddler's Land Investor LLC

By: Mount Kellett Master Fund I, L.P.,
as managing member

By: Mount Kellett Capital Partners GP LLC, its general partner

By: _____
Name: Jonathan Fiorello
Title: Authorized Signatory

{01665481;1}

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Colonnade Naples Land, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Fiddler's Land Investor LLC ("Purchaser") 62.61069% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Fiddler's Creek, LLC (the "Debtor"), the debtor in Case No. 8:10-bk-3846 pending in the United States Bankruptcy Court for the Middle District of Florida. (the "Bankruptcy Court"), and the related **Proof of Claim (No. 115)** filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of May 2011.

Colonnade Naples Land, LLC

By: _____
Name: Christopher Glinski
Title: Authorized Signatory


Fiddler's Land Investor LLC


By: Mount Kellett Master Fund I, L.P.,
as managing member


By: Mount Kellett Capital Partners GP LLC, its general partner

By: _____
Name: Jonathan Fiorello
Title: Authorized Signatory

{01665481;1}