UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **FIDDLER'S CREEK, LLC** | **Case No. 8:10-bk-03846-KRM** |
| 951 LAND HOLDINGS, LLC | Case No. 8:10-bk-03852-KRM |
| DY ASSOCIATES, LLC | Case No. 8:10-bk-03856-KRM |
| GBFC DEVELOPMENT, LLC | Case No. 8:10-bk-03864-KRM |
| FC MARINA, LLC | Case No. 8:10-bk-03872-KRM |
| FC BEACH, LLC | Case No. 8:10-bk-03873-KRM |
| FC GOLF, LLC | Case No. 8:10-bk-03875-KRM |
| DY LAND HOLDINGS II, LLC | Case No. 8:10-bk-03878-KRM |
| FC PARCEL 73, LLC | Case No. 8:10-bk-03881-KRM |
| FC COMMERCIAL, LLC | Case No. 8:10-bk-03886-KRM |
| FC HOTEL, LLC | Case No. 8:10-bk-03888-KRM |
| FC RESORT, LLC | Case No. 8:10-bk-03896-KRM |
| GULF BAY HOSPITALITY COMPANY, LLC | Case No. 8:10-bk-03898-KRM |
| GULF BAY HOTEL COMPANY, LLC | Case No. 8:10-bk-03905-KRM |
| GBP DEVELOPMENT, LLC | Case No. 8:10-bk-03908-KRM |
| GB PENINSULA, LTD. | Case No. 8:10-bk-03909-KRM |
| 951 LAND HOLDINGS, LTD. | Case No. 8:10-bk-03911-KRM |
| DY LAND ASSOCIATES, LTD. | Case No. 8:10-bk-03918-KRM |
| GBFC DEVELOPMENT, LTD. | Case No. 8:10-bk-03920-KRM |
| GBFC MARINA, LTD. | Case No. 8:10-bk-03928-KRM |
| FC BEACH, LTD. | Case No. 8:10-bk-03934-KRM |
| FC GOLF, LTD. | Case No. 8:10-bk-03937-KRM |
| FC HOTEL, LTD. | Case No. 8:10-bk-03938-KRM |
| FC RESORT, LTD. | Case No. 8:10-bk-03947-KRM |
| GULF BAY HOSPITALITY, LTD. | Case No. 8:10-bk-03949-KRM |
| GULF BAY HOTEL COMPANY, LTD. | Case No. 8:10-bk-03950-KRM |
| GBP DEVELOPMENT, LTD. | Case No. 8:10-bk-03952-KRM |
| FIDDLER'S CREEK MANAGEMENT, INC., | Case No. 8:10-bk-03954-KRM |
| | |
| Debtors. | **(Jointly Administered under Case No. 8:10-bk-03846-KRM)** |
| _____/ | |

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that U.S. Bank National Association as Indenture Trustee with regard to the Bonds and under the Indentures as set forth on the attached Exhibit A, by and through their undersigned counsel and pursuant to Rule 7030 of the Bankruptcy Rules, will take

the deposition of the following witness listed below under oath at the date, time and place herein specified and will be recorded by stenographic means.

The matters for examination are attached hereto as Exhibit "B".

| **NAME** | **DATE & TIME** | **PLACE** |
|---|---|---|
| Person(s) with the most knowledge at Moelis & Company, LLC | May 19, 2011 Beginning at 9:30 a.m. | Greenberg Traurig, P.A. MetLife Building 15th Floor 200 Park Avenue New York, N.Y. 10166 |

Respectfully submitted this 18th day of May, 2011.

Warren S. Bloom, Esq.  
Florida Bar #: 838616  
Email: bloomw@gtlaw.com  
Amy E. Lowen, Esq.  
Florida Bar #: 0492248  
Email: lowena@gtlaw.com  
GREENBERG TRAURIG, P.A.  
450 South Orange Avenue, Suite 650  
Orlando, FL 32801  
Phone: (407) 420-1000  
Facsimile: (407) 420-5909  

Thomas M. Messana, Esq.  
Florida Bar No. 991422  
MESSANA, P.A.  
401 East Las Olas Boulevard  
Suite 1400  
Ft. Lauderdale, FL 33301  
Phone: (954) 712-7400  
Facsimile: (954) 712-7401  

BY: _/s/ Thomas M. Messana_____  
      THOMAS M. MESSANA  

John B. Hutton  
Florida Bar # 902160  
GREENBERG TRAURIG, P.A.  
333 S.E. 2nd Avenue, Suite 4400  
Miami, FL 33131  
Phone (305) 579-0500  
Facsimile: (305) 579-0717  
Email: huttonj@gtlaw.com  

BY: _/s/ John B. Hutton_____  
      JOHN B. HUTTON  

W. Keith Fendrick  
Florida Bar # 612154  
HOLLAND & KNIGHT LLP  
P.O. Box 1288  
Tampa, FL 33601-1288  
Phone (813) 227-6707  
Facsimile: (813) 229-0134  
Email: keith.fendrick@hklaw.com  

BY: _/s/ W. Keith Fendrick__  
      W. KEITH FENDRICK

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, including, but not limited to Paul J. Battista, Esq., and Mariaelena Gayo-Guitian, Esq., Genovese Joblove & Battista, P.A., 100 Southeast 2nd Street, 44th Floor, Miami, Florida 33131 and via electronic mail to Roberta A. Colton, Esq., Trenam Kemker P.A., P.O. Box 1102, Tampa, Florida 33601.

      /s/ Thomas M. Messana
      THOMAS M. MESSANA

Cc: Ellen Grauer Court Reporting

Exhibit A

The Bonds and the Indentures

U.S. Bank National Association serves as the ultimate successor trustee (the "Indenture Trustee"), with regard to each of the following bond issuances (collectively, the "Bonds") and under their respective indentures (collectively, the "Indentures;" all Indentures are as they may have been supplemented and/or amended from time to time in accordance with their terms):

- **Fiddler's Creek Community Development District Special Assessment Revenue Bonds, Series 1999A** and **Fiddler's Creek Community Development District Special Assessment Revenue Bonds, Series 1999B,** issued pursuant to that Master Trust Indenture, dated as of December 1, 1996, by and between Fiddler's Creek Community Development District and the Indenture Trustee (the "CDD #1 Master Indenture"), as supplemented by that Second Supplemental Indenture, dated as of May 1, 1999, by and between Fiddler's Creek Community Development District and the Indenture Trustee;

- **Fiddler's Creek Community Development District Special Assessment Revenue Bonds, Series 2002A** and **Fiddler's Creek Community Development District Special Assessment Revenue Bonds, Series 2002B,** issued pursuant to the CDD #1 Master Indenture, as supplemented by that Fourth Supplemental Indenture, dated as of March 1, 2002, by and between Fiddler's Creek Community Development District and the Indenture Trustee;

- **Fiddler's Creek Community Development District 1 Special Assessment Revenue Bonds, Series 2005,** issued pursuant to the CDD #1 Master Indenture, as supplemented by that Fifth Supplemental Indenture, dated as of December 1, 2005, by and between Fiddler's Creek Community Development District 1 and the Indenture Trustee;

- **Fiddler's Creek Community Development District 1 Special Assessment Revenue Refunding Bonds, Series 2006,** issued pursuant to the CDD #1 Master Indenture, as supplemented by that Fifth Supplemental Trust Indenture, dated as of November 1, 2006, by and between Fiddler's Creek Community Development District 1 and the Indenture Trustee;

- **Fiddler's Creek Community Development District #2 Special Assessment Revenue Bonds, Series 2003A** and those **Fiddler's Creek Community Development District #2 Special Assessment Revenue Bonds, Series 2003B,** issued pursuant to that Master Trust Indenture, dated as of June 1, 2003, by and between Fiddler's Creek Community Development District #2 and the Indenture Trustee (the "<u>CDD #2 Master Indenture</u>"), as supplemented by that First Supplemental Indenture, dated as of June 1, 2003, by and between Fiddler's Creek Community Development District #2 and the Indenture Trustee;

- **Fiddler's Creek Community Development District #2 Special Assessment Revenue Bonds, Series 2004,** issued pursuant to the CDD #2 Master Indenture, as supplemented by that Second Supplemental Indenture, dated as of November 1, 2004, by and between Fiddler's Creek Community Development District #2 and the Indenture Trustee;

- **Fiddler's Creek Community Development District #2 Special Assessment Revenue Bonds, Series 2005,** issued pursuant to the CDD #2 Master Indenture, as supplemented by that Third Supplemental Indenture, dated as of December 1, 2005, by and between Fiddler's Creek Community Development District #2 and the Indenture Trustee.

# **EXHIBIT "B"**[1]

1. All loans relating to or concerning the proposed exit financing from Mount Kellett Capital Management, LP ("Mount Kellett").

2. All communications between Moelis & Company, LLC ("Moelis") and the Debtors, from the Petition Date to the present, relating to the exit financing, the raising of funds for the Debtors in connection with their bankruptcy cases, or the solicitation of funds on behalf of the Debtors.

3. All processes through which companies were solicited in connection with the Debtors' attempt to reorganize.

4. All responses to all solicitations sent out on the Debtors' behalf.

5. Explanation of all substantive work and expenses referred to in the Moelis fee application or otherwise provided by Moelis to the Debtors.

6. Relationship between Moelis, including its principals, agents, and employees, with the Debtors, any affiliated non-debtor entities and their principals, agents and employees.

7. All communications between Moelis and the Debtors with respect to the engagement of Moelis.

8. All communications between Moelis and any party identified by Moelis as being a prospective investor or purchaser in connection with the Debtors' bankruptcy cases.

9. All communications to Moelis from any party including potential investors or purchasers referring to the Debtors, their property or their bankruptcy cases.

---

[1] All capitalized terms not herein defined shall have the same meaning as ascribed to them in the *U.S. Bank National Association's Request For Production of Documents From Debtors* dated March 29, 2011.

10. All parties solicited by Moelis in connection with their engagement by the Debtors.

11. All correspondence or interaction between Moelis and any select group of investors who participated in second due diligence identified in Moelis final fee application.

12. All communication between Moelis and creditors of the Debtors from the Petition Date to the present.