| | |
|---|---|
| **In re:** | Chapter 11 |
| **FIDDLER'S CREEK, LLC** | **Case No. 8:10-bk-03846-KRM** |
| 951 LAND HOLDINGS, LLC | Case No. 8:10-bk-03852-KRM |
| DY ASSOCIATES, LLC | Case No. 8:10-bk-03856-KRM |
| GBFC DEVELOPMENT, LLC | Case No. 8:10-bk-03864-KRM |
| FC MARINA, LLC | Case No. 8:10-bk-03872-KRM |
| FC BEACH, LLC | Case No. 8:10-bk-03873-KRM |
| FC GOLF, LLC | Case No. 8:10-bk-03875-KRM |
| DY LAND HOLDINGS II, LLC | Case No. 8:10-bk-03878-KRM |
| FC PARCEL 73, LLC | Case No. 8:10-bk-03881-KRM |
| FC COMMERCIAL, LLC | Case No. 8:10-bk-03886-KRM |
| FC HOTEL, LLC | Case No. 8:10-bk-03888-KRM |
| FC RESORT, LLC | Case No. 8:10-bk-03896-KRM |
| GULF BAY HOSPITALITY COMPANY, LLC | Case No. 8:10-bk-03898-KRM |
| GULF BAY HOTEL COMPANY, LLC | Case No. 8:10-bk-03905-KRM |
| GBP DEVELOPMENT, LLC | Case No. 8:10-bk-03908-KRM |
| GB PENINSULA, LTD. | Case No. 8:10-bk-03909-KRM |
| 951 LAND HOLDINGS, LTD. | Case No. 8:10-bk-03911-KRM |
| DY LAND ASSOCIATES, LTD. | Case No. 8:10-bk-03918-KRM |
| GBFC DEVELOPMENT, LTD. | Case No. 8:10-bk-03920-KRM |
| GBFC MARINA, LTD. | Case No. 8:10-bk-03928-KRM |
| FC BEACH, LTD. | Case No. 8:10-bk-03934-KRM |
| FC GOLF, LTD. | Case No. 8:10-bk-03937-KRM |
| FC HOTEL, LTD. | Case No. 8:10-bk-03938-KRM |
| FC RESORT, LTD. | Case No. 8:10-bk-03947-KRM |
| GULF BAY HOSPITALITY, LTD. | Case No. 8:10-bk-03949-KRM |
| GULF BAY HOTEL COMPANY, LTD. | Case No. 8:10-bk-03950-KRM |
| GBP DEVELOPMENT, LTD. | Case No. 8:10-bk-03952-KRM |
| FIDDLER'S CREEK MANAGEMENT, INC., | Case No. 8:10-bk-03954-KRM |
| | |
| | **(Jointly Administered under** |
| **Debtors.** | **Case No. 8:10-bk-03846-KRM)** |
| _____/ | |

**BALLOT TABULATION REPORT FOR DEBTORS'**
**SECOND AMENDED CHAPTER 11 PLANS**

Fiddler's Creek, LLC ("Fiddler's Creek") and twenty-seven (27) of its subsidiaries and affiliates (collectively, the "Debtors" or "Company"), by and through undersigned counsel, hereby certify the following:

1. Collectively, the Second Amended Plans have 88 classes: 23 unimpaired and 65 impaired. The 23 unimpaired classes are conclusively deemed to have accepted their respective Plans. Of the impaired classes: fifty (50) classes have affirmatively accepted their respective Plans; nine (9) classes for the Collier County Tax Collector support the Plans, but have abstained from voting per internal policy; four (4) impaired classes have no creditors and therefore there were no ballots to collect for these classes; and two (2) impaired classes of general unsecured claims (each class with 3 creditors or less) did not return any ballots. No impaired Classes have voted to reject the Second Amended Plans.

2. Attached as Composite Exhibit "A" is a ballot summary for each of the Debtors' Chapter 11 Plans. Attached as Composite Exhibit "B" is a list of all ballots for each Second Amended Plan. A summary of the Classes, their impaired status and their voting status is attached as Exhibit "C." Copies of the ballots[1] for all of the Second Amended Plans is attached hereto as Composite Exhibit "D." The numbers on the lower left hand corner of each ballot correspond to the ballot numbers referenced in Exhibit "B."

Dated: May 19, 2011

Respectfully Submitted,

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Debtors-in-Possession
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By: ___/s/ *Heather L. Harmon*
      Paul J. Battista, Esq.
      Florida Bar No. 884162
      pbattista@gjb-law.com
      Mariaelena Gayo-Guitian, Esq.
      Fla. Bar No. 0813818
      mguitian@gjb-law.com
      Heather L. Harmon, Esq.
      Florida Bar No. 013192
      hharmon@gjb-law.com
      Michael L. Schuster, Esq.
      Florida Bar No. 057119
      mschuster@gjb-law.com

---

[1] Certain claimants who cast ballots only submitted the signature page for the ballot, which also indicates whether or not they accepted the Plan. As a result, only the signature page for certain ballots is included in Exhibit "D."