**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | Chapter 11 |
| **FIDDLER'S CREEK, LLC** | Case No. 8:10-bk-03846-KRM |
| 951 LAND HOLDINGS, LLC | Case No. 8:10-bk-03852-KRM |
| DY ASSOCIATES, LLC | Case No. 8:10-bk-03856-KRM |
| GBP DEVELOPMENT, LLC | Case No. 8:10-bk-03864-KRM |
| FC MARINA, LLC | Case No. 8:10-bk-03872-KRM |
| FC BEACH, LLC | Case No. 8:10-bk-03873-KRM |
| FC GOLF, LLC | Case No. 8:10-bk-03875-KRM |
| DY LAND HOLDINGS II, LLC | Case No. 8:10-bk-03878-KRM |
| FC PARCEL 73, LLC | Case No. 8:10-bk-03881-KRM |
| FC COMMERCIAL, LLC | Case No. 8:10-bk-03888-KRM |
| FC HOTEL, LLC | Case No. 8:10-bk-03886-KRM |
| FC RESORT, LLC | Case No. 8:10-bk-03896-KRM |
| GULF BAY HOSPITALITY COMPANY, LLC | Case No. 8:10-bk-03898-KRM |
| GULF BAY HOTEL COMPANY, LLC | Case No. 8:10-bk-03905-KRM |
| GBP DEVELOPMENT, LLC | Case No. 8:10-bk-03908-KRM |
| GB PENINSULA, LTD. | Case No. 8:10-bk-03909-KRM |
| 951 LAND HOLDINGS, LTD. | Case No. 8:10-bk-03911-KRM |
| DY LAND ASSOCIATES, LTD. | Case No. 8:10-bk-03918-KRM |
| GBP DEVELOPMENT, LTD. | Case No. 8:10-bk-03920-KRM |
| GBP MARINA, LTD. | Case No. 8:10-bk-03928-KRM |
| FC BEACH, LTD. | Case No. 8:10-bk-03934-KRM |
| FC GOLF, LTD. | Case No. 8:10-bk-03937-KRM |
| FC HOTEL, LTD. | Case No. 8:10-bk-03938-KRM |
| FC RESORT, LTD. | Case No. 8:10-bk-03947-KRM |
| GULF BAY HOSPITALITY, LTD. | Case No. 8:10-bk-03949-KRM |
| GULF BAY HOTEL COMPANY, LTD. | Case No. 8:10-bk-03950-KRM |
| GBP DEVELOPMENT, LTD. | Case No. 8:10-bk-03952-KRM |
| FIDDLER'S CREEK MANAGEMENT, INC. | Case No. 8:10-bk-03954-KRM |
| | |
| **Debtors.** | **(Jointly Administered under Case No. 8:10-bk-03846-KRM)** |
| _____/ | |

## NOTICE OF CONTINUED HEARING

A continued hearing will be held in the above matter before the Honorable K. Rodney May, United States Bankruptcy Judge, in Courtroom 9B, Sam M. Gibbons United States

Courthouse, 801 N. Florida Avenue, Tampa, Florida, at **2:30 p.m.** on the **30th** day of **June, 2011,** or as soon thereafter as counsel may be heard, to consider the Emergency Motion for Entry of Interim and Final Orders Pursuant to Sections 361, 363, 364(C) and (D) of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure Authorizing (A) Debtors In Possession to Obtain Senior Secured Post-Petition Financing, (B) Granting Certain Priming Liens, (C) Approving Agreements Relating to the Foregoing, (D) Modifying the Automatic Stay, (E) Granting Super-Priority Administrative Claim Status, (F) Authorizing Use of Cash Collateral and Granting Adequate Protection Therefor, (G) Scheduling a Final Hearing, and (H) Prescribing Form and Manner of Notice with Respect Thereto [D.E. #10].

Respectfully submitted this 13th day of June, 2011.

> GENOVESE JOBLOVE & BATTISTA, P.A.
> Attorneys for Debtors-in-Possession
> PNC Bank Building
> 200 E. Broward Blvd., Suite 1110
> Fort Lauderdale, FL 33301
> Telephone: (954) 453-8000
> Facsimile: (954) 453-8010
>
> By:  /s/ Mariaelena Gayo-Guitian, Esq.____
> Mariaelena Gayo-Guitian, Esq.
> Fla. Bar No.  0813818
> Paul J. Battista, Esq.
> Florida Bar No. 884162

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Hearing* was served to all registered users through the CM/ECF System or by U.S. Mail to all other parties on the attached service list on the 13th day of June, 2011.

> By:  /s/ Mariaelena Gayo-Guitian, Esq.____
>      Mariaelena Gayo-Guitian, Esq.

**MASTER SERVICE LIST**
**FIDDLER'S CREEK, LLC.,** *et al.*
*Case No. 9:10-bk-03846*

**SERVED VIA CM/ECF and/or Electronic Mail**

Regions Bank
c/o Lara Fortney Gross, Esq.
c/o Raymond Miller, Esq.
Gunster Yoakley & Stewart, P.A.
2 South Biscayne Boulevard, Ste 3400
Miami, FL 33131-1897
rmiller@gunster.com
lgross@gunster.com

Fifth Third Bank
c/o Mark J. Wolfson, Esq.
c/o Jennifer Hayes, Esq.
Foley & Lardner LLP
100 N. Tampa Street, Ste. 2700
Tampa, Florida 33602
mwolfson@foley.com
jhayes@foley.com

Florida Financial Investments, Inc.
c/o Donald Kirk, Esq.
501 E. Kennedy Boulevard
Suite 1700
Tampa, Florida 33602
dkirk@fowlerwhite.com

Gulf Bay Capital, Inc.
c/o Stephen R. Leslie, Esq.
Stichter, Riedel, Blain & Prosser
110 East Madison Street
Suite 200
Tampa, Florida 33602-47
Sleslie.ecf@srbp.com

William J. Simonitsch, Esq.
K&L Gates
Wachovia Financial Center
200 S. Biscayne Blvd
Ste 3900
Miami, FL 33131
Bill.simonitsch@klgates.com

Aleida Martinez-Molina, Esq.
Weiss Serota Helfman
2525 Ponce de Leon Blvd.
Coral Gables, FL 33134
amartinez@wsh-law.com

Roberta A. Colton, Esq.
POB 1102
Tampa, FL 33601
racolton@trenam.com

Alberto F. Gomez, Jr., Esq.
Morse & Gomez, PA
119 S. Dakota Ave
Tampa, FL 33606
algomez@morsegomez.com

Hywel Leonard, Esq.
Carlton Fields, PA
POB 3239
Tampa, FL 33601
hleon@carltonfields.com

Ricardo Alberto Reyes, Esq.
Tobin & Reyes, P.A.
5355 Town Center Rd.
Boca Raton, Florida 33486-1005
rar@tobinreyes.com

William Grady Morris, Esq.
P.O. Box 2056
Marco Island, Florida 34146-2056
wgmorrislaw@embarqmail.com

Douglas Gonzales, Esq.
Weiss Serota Helfman
200 E. Broward Blvd.
Ste 1900
Fort Lauderdale, FL 33301
dgonzales@wsh-law.com

Phillip Brougham, Chairman of Homeowners Committee
8587 Pepper Tree Way
Naples, FL 34114
pbrougham@earthlink.net

**MASTER SERVICE LIST**
**FIDDLER'S CREEK, LLC.,** *et al.*
*Case No. 9:10-bk-03846*

Raymond David
8579 Bellagio Drive
Naples, FL 34114
rdavid1@comcast.net

Glenn Vician
8605 Broadway
Merrillville, IN 46410
glennvician@gmail.com

Torben Christensen
9270 Campanile Circle # 204
Naples, FL 34114
flyfan@aol.com

Al Love, Committee Vice chairman
7685 Mulberry Lane
Naples, FL 34114
alove41@comcast.net

G. Weber Gaskin
9279 Menaggio Court., # 102
Naples, FL 34114
gwgaskin@comcast.com

Bob Baldocchi
7730n Mulberry Lane
Naples, FL 34114
Bobkat7730@comcast.net

Paul S. Singerman, Esq.
Jordi Guso, Esq.
Debi Evans Galler, Esq.
Counsel for Ad Hoc Homeowners Committee
200 South Biscayne Boulevard
Suite 1000
Miami, FL 33131
JGuso@bergersingerman.com
dgaller@bergersingerman.com
singerman@bergersingerman.com

Amanda L. Barton, Esq.
Counsel for the ITG Tax Free Income & Capital Appreciation Fund, LTD.
13490 Old Livingston Road
Naples, Florida 34109
abarton@itgholdings.com

Christopher Kasten, Esq.
Bush Ross
P.O. Box 3913
Tampa, FL 33601-3913
ckasten@bushross.com

Thomas M. Messana, Esq.
Scott A. Underwood, Esq.
Attorneys for U.S. Bank National Assoc.
401 East Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
tmessana@mws-law.com
sunderwood@mws-law.com

Jeffrey W. Warren, Esq.
Bush Ross, P.A.
POB 3913
Tampa, FL 33601-3913
jwarren@bushross.com

J. Steven Wilkes
Office of the United States Trustee
501 E. Polk Street
Tampa, FL 33602
Steven.wilkes@usdoj.gov

W. Keith Fendrick, Esq.
Holland & Knight, LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602
keith.fendrick@hklaw.com

Edmund Whitson, Esq.
Counsel for Colonnade Naples Land LLC
Akerman Senterfitt
SunTrust Financial Center
401 E. Jackson St.
Suite 1700
Tampa, FL 33602-5250
Edmund.whitson@akerman.com

**MASTER SERVICE LIST**
**FIDDLER'S CREEK, LLC.,** *et al.*
*Case No. 9:10-bk-03846*

Robert E. Stochel, Esq.
Hoffman & Stochel
One Professional Center, Suite 306
Crown Point, IN 46307
res@reslaw.org

Eric John Vasquez, Esq.
Suite 201
900-6th Ave S
Naples, FL 34102
evasquez@ejvlawoffice.com

Laura Fortney Gross, Esq.
Counsel for Regions Bank
Gunster, Yoakley& Stewart, P.A.
777 South Flagler Drive, Suite 500E
West Palm Beach, FL 33401
lgross@gunster.com

David M. Landis, Esq.
Jon E. Kane, Esq.
Counsel for Tomen America, Inc
Mateer & Harbert, P.A. &
225 E. Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
dlandis@mateerharbert.com
jkane@mateerharbert.com

Patricia A. Redmond, Esq.
Counsel for Aubrey Ferrao
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
predmond@stearnsweaver.com

Glenn S. Vician, Esq.
8605 Broadway
Merrilville, Indiana 46410
Glennsvician2@bbbvonline.com

Robert A DeMarco, Esq.
Treiser, Collins & Vernon
3080 Tamiami Trail East
Naples, FL 34112
(239) 649-4900
rdemarco@swflalaw.com

John B. Hutton, Esq.
Counsel for US Bank National Asoc.
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, FL 33131
huttonj@gtlaw.com

Robert A. Soriano, Esq.
Greenberg Traurig, P.A.
625 East Twiggs Street, Suite 100
Tampa, Florida 33602
soriano@gtlaw.com

Mark David Bloom, Esq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
bloomm@gtlaw.com

Aaron P. Honaker, Esq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
honakera@gtlaw.com

Jeffrey Gilbert, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
gilbergj@gtlaw.com

Andrew L. Much, Esq.
Textron Financial Corporation
11575 Great Oaks Way, Suite 210
Alpharetta, GA 30022
amuch@textronfinancial.com

**MASTER SERVICE LIST**
**FIDDLER'S CREEK, LLC.,** *et al.*
*Case No. 9:10-bk-03846*

Stephen R. Leslie, Esq
Stichter, Riedel, Blain & Prosser, P.A.
Attorneys for Gulf Bay Capital, Inc.
110 Madison Street - Suite 200
Tampa, Florida 33602
sleslie@srbp.com

Mark D. Hildreth, Esq.
Attorney for Iberia Bank
Shumaker, Loop & Kendrick, LLP
PO Box 49948
Sarasota, FL 34230-6948
mhildreth@slk-law.com

Warren S. Bloom, Esq.
Amy E. Lowen, Esq.
Greenberg Traurig, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801
bloomw@gtlaw.com
lowena@gtlaw.com

Trial Attorney
Office of the U.S. Trustee, Region 21
501 E. Polk Street, Suite 1200
Tampa, Florida 33602
steven.wilkes@usdoj.gov


**SERVED VIA FIRST CLASS U.S. MAIL**

Fiddler's Creek, LLC, *Et Al*
Attn: Tony DiNardo
8156 Fiddler's Creek Pkwy
Naples, FL 34114

Regions Bank
Attn: Gloria Sloop
1900 5th Ave N, 12th FL
Birmingham, AL 35203

Regions Bank
4851 N Tamiami Trail
Naples, FL 34103

Tomen America, Inc.
Stuart A. Krause, Esq.
Zeichner Ellman & Krause
575 Lexington Ave
New York, NY 10022

Tomen America, Inc.
805 Third Avenue
New York, NY 10022

IberiaBank
2150 Goodlette Rd.
Naples, FL 34102

Textron Financial Corporation
c/o Mark Bloom, Esq.
Greenberg Traurig
1221 Brickell Ave
Miami, FL 33131

Fifth Third Bank
c/o Brian Giles, Esq.
Statman, Harris & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202

Fifth Third Bank
999 Vanderbilt Beach Rd
Naples, FL 34108

Mellon United, N.A.
Commercial Loan Division
1111 Brickell Ave, 30th Floor
Miami, FL 33131

Florida Financial Investments, Inc.
8156 Fiddler's Creek Pkwy
Naples, FL 34114

Aon Risk Services Inc Of NY
Po Box 7247-7376
Philadelphia, PA
19170-7376

MASTER SERVICE LIST
FIDDLER'S CREEK, LLC., *et al.*
*Case No. 9:10-bk-03846*

Ash City USA
PMB 816 60 Industrial Pkwy
Buffalo, NY 14227

Avalon Risk Inc.
240 Cedar Knolls Rd
Suite 308
Cedar Knolls, NJ 07927

Bellagio Village Association
5067 Tamiami Trail East
Naples, FL 34113

Carriage Limousine LLC
678 Bald Eagle Dr Ste #4
Marco Island, FL 34115

Century Link
Po Box 96064
Charlotte, NC 28296-0064

Colonnade Properties, LLC
c/o Chris Glinski
380 Lexington Ave., Suite 710
New York, NY 10168

Cranberry Crossing
5067 Tamiami Trail East
Naples, FL 34114

Evans Oil Company
3170 S Horseshoe Dr
Po Box 856
Naples, FL 34106

FBS Property Tax Abatement LLC
200 S Biscayne Boulevard
Suite 2300
Miami, FL 33131

Grand Western Brands Inc.
Po Box 21046
Ft Lauderdale, FL 33335-1046

Guymann Construction Of FL
305 SW 3rd St
Cape Coral, FL 33991-1961

Jenner & Block LLP
330 N Wabash Avenue
Chicago, IL 60611

John Deere Landscapes
One John Deere Place
Moline, Illinois 61265

Lee County Port Authority
11000 Term. Access Rd
#8671
Ft Myers, FL 33913-8899

Sysco West Coast FL
Po Box 1839
Palmetto, FL 34220

Tampa Bay Trane
902 N Himes
Tampa, FL 33609

Textron Business Services Inc
Dept At 40219
Atlanta, GA 31192-0219

The Advocacy Group At
Tew Cardenas LLC
215 South Monroe St Ste 702
Tallahassee, FL 32301

Titleist/Acushnet Company
Po Box 532402
Charlotte, NC 28290-2402

United Capital Funding Corp.
Po Box 31246
Tampa, FL 33631-3246

Collier County Tax Collector
2800 N. Horseshoe Drive
Naples, FL 34104

MASTER SERVICE LIST
FIDDLER'S CREEK, LLC., *et al.*
*Case No. 9:10-bk-03846*

| | |
|---|---|
| The City of Naples<br>City Attorney<br>735 Eighth Street South, 2nd Floor<br>Naples, FL 34102 | Glenn & Dawn Vician<br>9225 Museo Cir.<br>Unit 201<br>Naples, FL 34114-9522 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Stephen & Shelia Shulman<br>5807 Fox Hollow Court<br>Ann Arbor, MI 48105 |
| Internal Revenue Service<br>Special Procedures – Insolvency<br>7850 SW 6th Court<br>Plantation, FL 33324 | Stephen & Shelia Shulman<br>8589 Bellagio Dr.<br>Naples, FL 34114 |
| Special Asst. U.S. Attorney<br>2110 First Street, Suite 3-137<br>Ft Myers, FL 33901 | Matthew & Christine Suffoletto<br>205 Whetherburn Dr<br>Wexford, PA 15090-8869 |
| The Honorable Eric H. Holden, Jr.<br>Attorney General of the U.S.<br>950 Pennsylvania Avenue, NW Room 4400<br>Washington, DC 20530-0001 | Matthew & Christine Suffoletto<br>189 Richmond Ct<br>Marco Island, FL 34145 |
| State of Florida<br>Department of Revenue<br>c/o Frederick F. Rudzik<br>PO Box 6668<br>Tallahassee, FL 32314 | Steven & Ellen Taub<br>POB 18547<br>Tampa, FL 33679-8547 |
| | Steven & Ellen Taub<br>107 Wisteria Lane<br>Media, PA 19063-1668 |
| Securities and Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Road, N.E., #1000<br>Atlanta, GA 30326-1232 | Steven & Ellen Taub<br>9283 Menaggio Ct<br>Naples, Florida 34114 |
| Diane L. Jensen, Esq.<br>Local Counsel for Regions Bank<br>Pavese Law Firm<br>Post Office Drawer 1507<br>Ft. Myers, FL 33902 | Raymond & Carole David<br>8579 Bellagio Drive<br>Naples, FL 34114 |
| | Kimberly A. Potter, Esq.<br>McCumber Daniels Buntz Hartig Puig, P.A.<br>One Urban Centre<br>4830 W. Kennedy Blvd, Ste 300<br>Tampa, FL 33609 |
| Glenn & Dawn Vician<br>467 Scarborough Rd.<br>Valparaiso, IN 46385 | |

**MASTER SERVICE LIST**
**FIDDLER'S CREEK, LLC.,** *et al.*
*Case No. 9:10-bk-03846*

Mark J. Woodward, Esq.
Woodward Pires & Lombardo, P.A.
3200 N. Tamiami Trail N.
Ste 200
Naples, FL 34103