UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 11

| | |
|---|---|
| FIDDLER'S CREEK, LLC | Case No. 8:10-bk-03846-KRM |
| 951 LAND HOLDINGS, LLC | Case No. 8:10-bk-03852-KRM |
| DY ASSOCIATES, LLC | Case No. 8:10-bk-03856-KRM |
| GBFC DEVELOPMENT, LLC | Case No. 8:10-bk-03864-KRM |
| FC MARINA, LLC | Case No. 8:10-bk-03872-KRM |
| FC BEACH, LLC | Case No. 8:10-bk-03873-KRM |
| FC GOLF, LLC | Case No. 8:10-bk-03875-KRM |
| DY LAND HOLDINGS II, LLC | Case No. 8:10-bk-03878-KRM |
| FC PARCEL 73, LLC | Case No. 8:10-bk-03881-KRM |
| FC COMMERCIAL, LLC | Case No. 8:10-bk-03886-KRM |
| FC HOTEL, LLC | Case No. 8:10-bk-03888-KRM |
| FC RESORT, LLC | Case No. 8:10-bk-03896-KRM |
| GULF BAY HOSPITALITY COMPANY, LLC | Case No. 8:10-bk-03898-KRM |
| GULF BAY HOTEL COMPANY, LLC | Case No. 8:10-bk-03905-KRM |
| GBP DEVELOPMENT, LLC | Case No. 8:10-bk-03908-KRM |
| GB PENINSULA, LTD. | Case No. 8:10-bk-03909-KRM |
| 951 LAND HOLDINGS, LTD. | Case No. 8:10-bk-03911-KRM |
| DY LAND ASSOCIATES, LTD. | Case No. 8:10-bk-03918-KRM |
| GBFC DEVELOPMENT, LTD. | Case No. 8:10-bk-03920-KRM |
| GBFC MARINA, LTD. | Case No. 8:10-bk-03928-KRM |
| FC BEACH, LTD. | Case No. 8:10-bk-03934-KRM |
| FC GOLF, LTD. | Case No. 8:10-bk-03937-KRM |
| FC HOTEL, LTD. | Case No. 8:10-bk-03938-KRM |
| FC RESORT, LTD. | Case No. 8:10-bk-03947-KRM |
| GULF BAY HOSPITALITY, LTD. | Case No. 8:10-bk-03949-KRM |
| GULF BAY HOTEL COMPANY, LTD. | Case No. 8:10-bk-03950-KRM |
| GBP DEVELOPMENT, LTD. | Case No. 8:10-bk-03952-KRM |
| FIDDLER'S CREEK MANAGEMENT, INC., | Case No. 8:10-bk-03954-KRM |

(Jointly Administered under
Debtors.                                            Case No. 8:10-bk-03846-KRM)
_____/

**AFFIDAVIT OF HEATHER L. HARMON IN CONNECTION WITH DEBTORS'
CORRECTED BALLOT TABULATION REPORT FOR DEBTORS'
SECOND AMENDED CHAPTER 11 PLANS [D.E. #1315]**

1

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF MIAMI-DADE    )

I, Heather L. Harmon, being duly sworn, deposes and says:

1. I am an attorney and partner at the law firm of Genovese Joblove & Battista, P.A. ("GJB"). GJB maintains offices for the practice of law at 100 Southeast Second Street, Suite 4400, Miami, Florida 33131 and 200 East Broward Boulevard, Suite 1110 Fort Lauderdale, Florida 33301. I am familiar with the matters set forth herein and make this Affidavit in connection with the Debtors' Corrected Ballot Tabulation Report for Debtors' Second Amended Chapter 11 Plans [D.E. #1315] (the "Ballot Report").

2. Unless otherwise stated, this Affidavit is based upon facts of which I have personal knowledge.

3. In preparing this Affidavit, I have reviewed the ballots received by GJB as Voting Agent under that certain *Order Granting Debtors' Motion For Entry Of Order (I) Approving Second Amended Disclosure Statement; (II) Approving Solicitation Procedures; (III) Approving Forms Of Ballots And Establishing Procedures For Voting On The Second Amended Plans Of Reorganization; And (IV) Establishing Notice And Objection Procedures In Respect Of Confirmation Of The Second Amended Plans Of Reorganization* (the "Solicitation Order") [D.E. #770].

4. Exhibit D to the Ballot Report accurately reflects the Ballots received by GJB in its capacity as Voting Agent under the Solicitation Order.

5. I personally reviewed each of the Ballots included in Exhibit D and hand numbered each Ballot as indicated in the lower left-hand corner of each Ballot.

6. Exhibit A to the Ballot Report is a ballot summary for each of the Debtors' Chapter 11 Plans. I prepared each of the eleven (11) summaries contained in Exhibit A.

7. Exhibit B to the Ballot Report is a list of the ballots submitted for each Second Amended Plan. I prepared each of the eleven (11) ballot lists contained in Exhibit B based on my review of the Ballots included in Exhibit D.

8. Exhibit C to the Ballot Report is a summary of the Classes in each of the Second Amended Plans, their impaired status and their voting status. I prepared the summary based on my review of the Ballots included in Exhibit D and the Second Amended Plans.

9. Based on the above, fifty-two (52) classes have affirmatively accepted their respective Plans; nine (9) classes for the Collier County Tax Collector support the Plans, but have abstained from voting per internal policy; three (3) impaired classes have no creditors and therefore there were no ballots to collect for these classes; and one (1) impaired class of general unsecured claims did not return any ballots. No impaired Classes have voted to reject the Second Amended Plans.

FURTHER, AFFIANT SAYETH NOT.

/s/ _____
HEATHER L. HARMON, ESQ.

SWORN TO AND SUBSCRIBED before me this 16th day of June, 2011

_____
NOTARY PUBLIC,
STATE OF FLORIDA AT LARGE

Print Name: Heidi E. Burke
Commission No. _____
Commission Expires: _____

HEIDI E. BURKE
MY COMMISSION #DD947087
EXPIRES: DEC 17, 2013
Bonded through 1st State Insurance

3