**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | |
| **FIDDLER'S CREEK, LLC** | **Case No. 8:10-bk-03846-KRM** |
| 951 LAND HOLDINGS, LLC | Case No. 8:10-bk-03852-KRM |
| DY ASSOCIATES, LLC | Case No. 8:10-bk-03856-KRM |
| GBFC DEVELOPMENT, LLC | Case No. 8:10-bk-03864-KRM |
| FC MARINA, LLC | Case No. 8:10-bk-03872-KRM |
| FC BEACH, LLC | Case No. 8:10-bk-03873-KRM |
| FC GOLF, LLC | Case No. 8:10-bk-03875-KRM |
| DY LAND HOLDINGS II, LLC | Case No. 8:10-bk-03878-KRM |
| FC PARCEL 73, LLC | Case No. 8:10-bk-03881-KRM |
| FC COMMERCIAL, LLC | Case No. 8:10-bk-03888-KRM |
| FC HOTEL, LLC | Case No. 8:10-bk-03886-KRM |
| FC RESORT, LLC | Case No. 8:10-bk-03896-KRM |
| GULF BAY HOSPITALITY COMPANY, LLC | Case No. 8:10-bk-03898-KRM |
| GULF BAY HOTEL COMPANY, LLC | Case No. 8:10-bk-03905-KRM |
| GBP DEVELOPMENT, LLC | Case No. 8:10-bk-03908-KRM |
| GB PENINSULA, LTD. | Case No. 8:10-bk-03909-KRM |
| 951 LAND HOLDINGS, LTD. | Case No. 8:10-bk-03911-KRM |
| DY LAND ASSOCIATES, LTD. | Case No. 8:10-bk-03918-KRM |
| GBFC DEVELOPMENT, LTD. | Case No. 8:10-bk-03920-KRM |
| GBFC MARINA, LTD. | Case No. 8:10-bk-03928-KRM |
| FC BEACH, LTD. | Case No. 8:10-bk-03934-KRM |
| FC GOLF, LTD. | Case No. 8:10-bk-03937-KRM |
| FC HOTEL, LTD. | Case No. 8:10-bk-03938-KRM |
| FC RESORT, LTD. | Case No. 8:10-bk-03947-KRM |
| GULF BAY HOSPITALITY, LTD. | Case No. 8:10-bk-03949-KRM |
| GULF BAY HOTEL COMPANY, LTD. | Case No. 8:10-bk-03950-KRM |
| GBP DEVELOPMENT, LTD. | Case No. 8:10-bk-03952-KRM |
| FIDDLER'S CREEK MANAGEMENT, INC. | Case No. 8:10-bk-03954-KRM |
| | |
| | **(Jointly Administered under** |
| **Debtors.** | **Case No. 8:10-bk-03846-KRM)** |
| _____/ | |

**ORDER DENYING INDENTURE TRUSTEE'S MOTION TO DESIGNATE THE DISTRICTS' ACCEPTANCES OF THE PROPOSED TREATMENTS OF THE OFF ROLL BOND DEBT SPECIAL ASSESSMENTS**

**THIS CASE** came before this Court on **May 26, 2011 at 9:30 a.m. (the "Hearing")** on the *Indenture Trustee's Motion to Designate the Districts' Acceptances of the Proposed Treatments of the Off Roll Bond Debt Special Assessments* [D.E. #1255] the ("Motion") and the Debtors' Response in Opposition to the Motion [D.E. #1290] (the "Response"). The Court, having considered the Motion and Response, having heard argument of counsel, and being otherwise fully advised in the premises, it is:

**ORDERED** as follows:

1. The Motion is DENIED for the reasons stated on the record at the Hearing.

**DONE and ORDERED** in Chambers in Tampa, Florida on June 20, 2011.

_____
HONORABLE K. RODNEY MAY
United States Bankruptcy Judge

Copy to Mariaelena Gayo-Guitian, Esq. (The Court is directed to serve a conformed copy of this Order to all interested parties)